IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

AARON RIDEOUT,

        Plaintiff

v.                                        CA NO.  2:15-cv-00431-JAW

EQUIFAX INFORMATION SERVICES, LLC.

and

TD BANK, N.A.

        Defendants

## STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE WITH RESPECT TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC

      NOW COME the parties, by and through their respective counsel, and hereby stipulate to the dismissal of the above-captioned proceeding, with prejudice and without costs.

Date:  July 6, 2016                                  /s/ *Andrea Bopp Stark*
                                                              Andrea Bopp Stark Esq.
                                                              Molleur Law Office
                                                              419 Alfred Street
                                                              Biddeford, Me 04005
                                                              (207) 283-3777
                                                              andrea@molleurlaw.com

Date:  July 6, 2016                                  */s/ Richard L. O'Meara*
                                                               Richard L. O'Meara, Esq.
                                                              Murray, Plumb & Murray
                                                              75 Pearl Street, P. O. Box 9785
                                                              Portland, ME 04104-5085
                                                              (207) 773-5651
                                                              romeara@mpmlaw.com
                                                              Attorney for Defendant, Equifax
                                                              Information Services, LLC

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 6, 2016, I electronically filed the foregoing document entitled Stipulation of Dismissal of Plaintiffs' Complaint with Prejudice to be filed through the Court's CM/ECF system which will send notification of such filing to the following:

Richard L. O'Meara, Counsel for Defendant, Equifax Information Services, LLC

        /s/ *Susan Black*
        Susan Black
        Molleur Law Office
        419 Alfred Street
        Biddeford, Me 04005
        (207) 283-3777
        susan@molleurlaw.com